UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENRIQUE BERMEO,

          Plaintiffs,

-against-

MASON RESTAURANT CORP. d/b/a EAST SIDE DINER, NICK KALOUDIS and SPIRO MOUZAKITIS,

          Defendants.

---

17-Cv-6579 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    Having held a second hearing pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), the revised settlement agreement (ECF No. 32-2) is APPROVED for the reasons set forth on the record today.

    The Court orders this action DISMISSED with prejudice and without costs pursuant to the revised settlement agreement (ECF No. 32-2), the parties having stated their consent to the entry of such an order at the hearing today.

Dated: New York, New York
       June 6, 2018

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.